**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
MARTINSBURG**


**ROY KESTERSON,**

       Plaintiff,

v.

                                **CIVIL ACTION NO. 3:08-CV-146
                                (BAILEY)**


**DOLE TOLER, DELBERT HARRISON,
WEST VIRGINIA PAROLE BOARD,**

       Defendants.


**ORDER ADOPTING OPINION/REPORT AND RECOMMENDATION**

On this day, the above-styled matter came before the Court for consideration of the

Opinion/Report and Recommendation of United States Magistrate Judge John S. Kaull.

By Standing Order, this action was referred to Magistrate Judge Kaull for submission of a

proposed report and a recommendation ("R & R").  Magistrate Judge Kaull filed his R & R

on December 4, 2008 [Doc. 15].  In that filing, the magistrate judge recommended that this

Court transfer this matter to the U.S. District Court for the Southern District of West Virginia.


Pursuant to 28 U.S.C. § 636 (b) (1) (c), this Court is required to make a *de novo*

review of those portions of the magistrate judge's findings to which objection is made.

However, the Court is not required to review, under a *de novo* or any other standard, the

factual or legal conclusions of the magistrate judge as to those portions of the findings or

recommendation to which no objections are addressed.  ***Thomas v. Arn***, 474 U.S. 140,

150 (1985).  In addition, failure to file timely objections constitutes a waiver of *de novo* review and the right to appeal this Court's Order.  28 U.S.C. § 636(b)(1); ***Snyder v. Ridenour***, 889 F.2d 1363, 1366 (4th Cir. 1989); ***United States v. Schronce***, 727 F.2d 91, 94 (4th Cir. 1984).

The plaintiff in this matter has not filed any objections to the magistrate judge's R&R. Rather, the plaintiff specifically states that he has "no problem with this case being transferred."  *See* Doc. 20.

Accordingly, upon review of the report and recommendation, it is the opinion of this Court that the magistrate judge's **Opinion/Report and Recommendation [Doc. 15]** should be, and is, hereby **ORDERED ADOPTED** for the reasons more fully stated in the magistrate judge's report.  Accordingly, this civil action is hereby **ORDERED TRANSFERRED** to the United States District Court for the Southern District of West Virginia for all further proceedings.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and to mail a copy to the *pro se* plaintiff.

**DATED:** January 30, 2009.

JOHN PRESTON BAILEY
UNITED STATES DISTRICT JUDGE